REC'D MAY 15 '25 AM 9:43 USDC-MAC

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

for the Macon District of Georgia.

Denver Fenton Anderesq. DFA
*Petitioner*

v.

Case No. ________ *(Supplied by Clerk of Court)*

Joe Williams Warden GDCP/SMCP
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Denver Fenton Anderesq.
   (b) Other names you have used: Michael Corleone, Mostro/bloodhurst.
2. Place of confinement:
   (a) Name of institution: GDCP/SMCP - Jackson, S.P.
   (b) Address: P.O. Box 3877 Jackson, GA 30233
   (c) Your identification number: #1149082 SSI #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.
3. Are you currently being held on orders by:
   ☐ Federal authorities ☑ State authorities ☑ Other - explain:
   I was in prison, Jail on False charges at time of murder on 7/25/15.
4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide: Life w/o parole.
   (a) Name and location of court that sentenced you: Floyd co. Superior court 2 Govt Plaza Rome GA, 30161
   (b) Docket number of criminal case: #15CR02515JFL002.
   (c) Date of sentencing: Life w/o on 12/12/17.
   ☐ Being held on an immigration charge
   ☑ Other *(explain)*: I also got another 2nd murder at VSP penal in Valdosta Lowndes co. Sup court docket #20CR652. also held on False case #09-1466-#08-162 #09-1467 #15-GH #15-1384

### Decision or Action You Are Challenging at time caught both murders.

5. What are you challenging in this petition: Innective asst of counsel by Daniel Morgan, James Wright case
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits) I got life w/o on 1st murder 7/25/15.

[signature] D. Anderess.

Notary Public

open loss. PA 4/28/25

- ☑ Pretrial detention
- ☑ Immigration detention
- ☑ Detainer
- ☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
- ☑ Disciplinary proceedings
- ☑ Other *(explain)*: I was born in Sicily Italy I'm illegal Immigrant with Fake papers & citizenship. 12/12/17 12/13/17 11/12/17 11/13/17 disciplined removed from trial multiplexs R/R me.

6. Provide more information about the decision or action you are challenging: I was held on False case when I

   (a) Name and location of the agency or court: Floyd co. sup. court 2 govt plaza kingsstreet Rome, Ga 30161.

   (b) Docket number, case number, or opinion number: #15CR0251C-JFL003. Nelly 8/25/15

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: Found guilty but I was R/R. I try to Fin Morgan in court of above dates & raised hell in court I was in a False case at time I kill Nelly on 8/25/15. The GBI Amended Bowler in Felony viol. oath to office

   (d) Date of the decision or action: 12/12/17.

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☑ Yes ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: I Filed appeal in supreme court HC court For new trial HC return I've Filed Prison Summons

   (2) Date of filing: ongoing but in 2019 an 1st HC 3 was also on supreme court

   (3) Docket number, case number, or opinion number: NA due State by when 2/14/25

   (4) Result: DIS of for 18 ms. 1 case close by Supreme court

   (5) Date of result: NA I have no which Docum information.

   (6) Issues raised: Ineffective asst. Further to let have a Fair HC hearing in Butt co. Superior court on 2/11/19 Smith had a big cigar in mouth act like he was a mockery of Italian mob activity & suppress hate discrim. tell me to look here & shut The Pick up boy equal all attorneys I know that type of words not used HC Partially

   (b) If you answered "No," explain why you did not appeal: I was not aware you could appeal to Supreme court I only appeal state HC in Butt co. to Supreme court

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes ☑ No Not yet I now up about to File certiorari 1st to Supreme court US. File out of time appeal also.

[signature]

D. Andress

Notary Public

· process. DA. 4/29/25. I w I got new [illegible] phones [illegible] [illegible] At my personal number. I w that Evans [illegible] [illegible] [illegible] out [illegible] [illegible] CSH I [illegible] [illegible] help [illegible] Evans my [illegible] [illegible] [illegible] [illegible] [illegible] Joshua Williams 2[illegible]3[illegible] I w 102 114 2 101 [illegible] 19 [illegible] 19 On [illegible] [illegible] [illegible]

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: no second appeal

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: No 3rd appeal

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☑ No

If "Yes," answer the following: I am not in Fed. custody. only proper 2254 HC, 2241 HC.

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☑ No I will end up in Fed. indictment through order murders, some got killed.

Notary Public

[signature]
D. Ames esq.

[illegible]

Ofc

I [illegible] [illegible]

Ofc [illegible]

Ofc [illegible]

[illegible]

[illegible] [illegible] [illegible] [illegible] + 206

[illegible] to [illegible]

[illegible] Y. [illegible]

to [illegible] [illegible] [illegible] [illegible]

[illegible] [illegible] [illegible]

[illegible] [illegible] #114 #106

If "Yes," provide:

(1) Name of court: NA

(2) Case number: not in Fed. court case on criminal conv.

(3) Date of filing: in state sup. court

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☑ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised: I filed 2244 HC to req. relief on the 2254 HC as specified

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: I am not in Fed. prison. I got state conviction in Floyd co. superior court on one murder and got case still pending as of 4/26/25 from 4/23/18 murder 2nd murder at VSP Lowndes co. The 2255 is for Fed. Post conviction. I file State post conv. have no Fed. charges or convict you have to have Fed convict to file 2255.

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☑ Yes ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: I told you 7/13/09 I'm being

(b) Date of the removal or reinstatement order: smushed as a illegal immigrant

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☑ No I not charged or held for Imm but brutalized by cops at several facilities by KKK cop for ethnic status.

Notary Public

[signature] Dallas

D. Ames

. Price loss DAT. 4 12 2012 I w I bring

cele ε. good pen. I w God

to give a pen that sound I

w the one good I get to write

like heste + Fast I cause

I Got + clue so Fast

It may be WISE TO

READ my Dis loss.

Of I write is it

w warning OF Damm

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised: Note: The supreme court appeal will I filed after Butts co. dis claim no relief on 2/11/25 I do not yet file higher appeal. Look at more at bottom. Only one appeal now, but about to get appeal paperwork to file with the Supreme Court of United States. I take alot of medication.

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☑ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

(4) Result:

(5) Date of result:

(6) Issues raised: I'm about to file certiorari in supreme court of US + also appeal to supreme court of US. I not yet file each. I hope I provide right inform. I have a MH diag. disorder I take alot of psychotropic medication if I made a mistake tell me I'll correct it.

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised: Note: I'll get paperwork on next law library drop to file an appeal with Supreme Court of GA. as indicated in the above. If so I get certiorari I got ready to go out 1st I file it after I file 2254 HC in US courts. I got 2254 · 2241 HC ready to be notarized + filed not Fed Detainee.

Notary Public

D. Allen [signature]

D. Allen est.

o prea loss. DA 4/29/25 I up I sent to [illegible] up to ct [illegible] 29-34 1st [illegible] at 13-20 2nd. [illegible] that I will [illegible] as I [illegible] & have appx # of [illegible] or [illegible] [illegible] I [illegible] up to [illegible] [illegible] [illegible] so to [illegible] [illegible] [illegible] [illegible]. I [illegible] to go to [illegible] [illegible] [illegible] DST restriction [illegible] 40-270 [illegible] [illegible] [illegible] [illegible] treatment [illegible] [illegible]

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: Ineffective asst. of counsel: There are multiple grounds + sub-section or individual law viol. that fall under ineffective asst. of counsel, it may help if you get the 250 pg. attachmt. to claim frm Lowndes co. + Butts co. It was a lawsuit law after law violation all fallin' under that law; ineffective asst. of counsel. There was alot of trial ineffectiveness. I doc. in the 250 pg. statement on #2018-HC-1 HC in Butts co. + Lowndes co. superior court cited out of Habeas established 1st cited. I had that book. you need to get the 250 doc.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground One in all appeals that were available to you?

☑ Yes ☐ No

GROUND TWO: Under the Trial Ineffectiveness may want to look at Failure to Investigate, David Morgan, James Wyatt did not inv. what I said + were involved in ADA Martin having corporal Schwartz steal 3,500 - 10,100 chat altering

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: 2016 when I go to CSH from ~~BCSO~~ FCSO. Wyatt gave back 3,500 doc. said to have been what Schwartz took, but not. Even the 1st doc had been altered + none of the False altered doc. were original obviously cause not my doc Bryant Hill + Sapp inv. The 1st doc lie say, I say, I was seated on Nelly's bed talkin'. Like Mr Nelly + I were courting.

(b) Did you present Ground Two in all appeals that were available to you?

☑ Yes ☐ No

GROUND THREE: Also that the Failure to question + Inv witnesses on Wyatt. an Morgan. I did see 2 people that had been subpoenaed to trial on 12/12/17, but I never call to stand + I had to plea out guilty to

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: Preserve + uncontaminate my statements. I had to protect my testimony ADA Martin's 1st rd. of Interrogation/cross examination he made on 12/12/17 the 1st thing he did was pull out the 1st pg. of altered, manipulating + False doc. + ask me when it happened on Floor or on bed after read False doc like we had sex.

(b) Did you present Ground Three in all appeals that were available to you?

☑ Yes ☐ No

Notary Public

D. Amresey

[illegible] DA 4/29/25 [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible] 3/24/02 - 6/11/09

[illegible]

[illegible] D. [illegible]

[illegible]

GROUND FOUR: Not to mention miscarriage of Justice in play - at some Fault that may also be Filed under these grounds noted under law: Ineffective assist of counsel. Also, a Felony viol. of oath to office in play by BCSO: FCSO.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Being these case #'s False: #06-162/#09-1966/#09-1967/#15-611/#15-1394/ & up those criminal in BCSO by Jail cater. & Dixie Mafia in a Dirty Dept cops are unfit/ use the oath to office as a license to be dirty & sale drugs, guns etc. Capt Minshew & Brenton Gunner known For that Gunner did time in Feds (Captain Gunner Prison 13 ms)

(b) Did you present Ground Four in all appeals that were available to you?

☑ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Being that Dept in BCSO charge me with False cases above left whole Dept in Felony viol. oath to office use to confine cause Dept crooked, in gangs organizations also. They've actually kidnapped me on False charges 4/2/05, 10/14/02 3/23/01, 3/30/15, 7/13/09, 11/8/14,

## Request for Relief

15. State exactly what you want the court to do: I want the sentence overturned. I want new trial. I never got a chance to ask questions or cross examine witnesses etc & that my right. I want Fleet enemy on victims stop Falsifying med. records. Lemo rx custom, upon For my person prob. prognosis Full acquitted on the criminal case

Note: If I could get a Fair 1st hearing & or if you prop. then get my Files corrected & also not cow state & stop reversing evidence I'd be get acquitted

Notary Public

· [illegible] loss. [illegible] 4/29/25 [illegible]

to seal out all [illegible] / 22 [illegible] / 22 [illegible] / 22 [illegible] / [illegible]

Seal out 1983 - complaint [illegible]

for civil action [illegible] that 114 102

/ 202 say [illegible] set out [illegible]

[illegible] say [illegible]

[illegible] shut all in [illegible]

[illegible] 208 [illegible]

[illegible] [illegible] [illegible] I

[illegible]

GROUND FOUR: Expert testimony, Form of neg, ineffect, asst. of counsel not used independent from Evaluators Decruz + Cunnace spite Samuel Perr's Testimony or mine on the CTS my MH + CTS not Further eval.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Jenes Wyatt had sent a guy to do a eval + he say only had 500 questions to ask + I ask 400 of such before I stop + got mad at him + he say I refused to do eval. In that case the 400 questions I did answer not it. For nothing? A mistrial should have been ordered based on expert testimony.

(b) Did you present Ground Four in all appeals that were available to you?

☑ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: To the extent I did not File or talk about any of these claims at trial or at a sup. court HC or AT. of previous petition in 2019-HC is not cause I did not try I was not allowed.

**Request for Relief**

15. State exactly what you want the court to do: I want False case overturned. At time of murder, which I killed Nancy + can't no lie, but yeah he Dead, but held on False charges from case #06-162 #09-1416 #09-1467 #15-911, #15-1384 at time I murdered him held on False charges.

Notary Public

D. Ann

Preclass Ord 4/29/25 C/O Porres

Chambers [illegible] Pierre [illegible]

[illegible] L #706 [illegible].

[illegible] #114 to the [illegible]

[illegible]

[illegible]

[illegible] + Porres [illegible]

[illegible]

[illegible]

[illegible]

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: Ineffective of asst of counsel: §16-10-20, that a Felony reversal of fact [illegible] what are a med test [illegible], you have a MD or specialist MD such as what the [illegible] CSM in Am. brain clinic at MRI Facts reversal Felony [illegible]

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: It's a Felony to Falsify med records, Also Burnside, Sharma, Kins, Urology, Fosem, Harris, Nelson, Reaves, Johnson, Lucas, Burnes, Anderson, Cunnington Falsify med records her as SVT cholestrotomy infect absess tooth, in crown teeth, stuttering program from 6/12/18 = 4/27/25 ongoing.

(b) Did you present Ground One in all appeals that were available to you? To extent some of

☑ Yes ☑ No INFO dealing with CTE Yes, the MD overall NO

GROUND TWO: Christopher Gordon Paul, esq a exceptional lawyer Familiar with my his records in his [illegible] I not know if FSHM Chief Public Def I been since 17 yrs [illegible] 1/27/17 told M. Amis at Richmond Co Sp Court

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: I was not supp to be in prison, That was the HI in cas# 06-162. That case was False use of a paid informant, Tony Roy Goss, by Bryant Hill, BCSO Jail, [illegible] to prosecute me for Burglary I cannot your new healing proof + prosecute us with False charges armed Robb, etc

(b) Did you present Ground Two in all appeals that were available to you?

☑ Yes ☐ No

GROUND THREE: Poisoned Food by DR 16 yrs Ineffective asst of counsel Morgan not concerned Fact in 2016-2017 [illegible] + [illegible] as [illegible] altered even [illegible] bowl [illegible] 1/13/13. I also [illegible] brain [illegible], + back broken.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I'm extreme medical problems as pt of the civil cut the State + Feds I [illegible] I'm Filed alot of [illegible] alot of lawsuits. I [illegible] that each get altered + or stolen by courts exp. [illegible] J. Amis, Tony Perrotta stole 4 dozen 1983 PDO [illegible]

(b) Did you present Ground Three in all appeals that were available to you? I have been writing

☑ Yes ☑ No Perrotta + Amis at lawsuit, [illegible] + post convict

[signature]

Notary Public

D. Amis esq.

• pren loss. DOA - 4/29/25 I [illegible] I sent [illegible]

to [illegible] report on loss sent [illegible]

[illegible] me 4. paid by

Paws / Pase / Chub [illegible])

(Sgt Memrer / + they pay

[illegible] i [illegible] to [illegible]

206 Reynolds / Washington

I [illegible] 1[illegible] a [illegible] as [illegible]

[illegible] I had to [illegible]

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

GROUND FOUR: Police brutality, racially/sexually hate/ discriminated an act of viol. paid by cartel-13 FEMA's on 7/13/09 by BCSO Mitchell & Walton by comm Lt Upshow SWAT + broke back. Falsely charged.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I'm not supp to be in prison it was not 7/15/09. It was 7/13/09. I sat locked up on county ordinance by BCSO who resistance on 7/12/09 by Lt. Watt & Offi. Baeh pursuer & Beat w/ Bill, but spelled Bach. He is Mitchell & Colbert by law arrest thw. Mathews Army brown Colum charges got paid by sur13 + for charges. False case #09-1966 PM 7/13/09

(b) Did you present Ground Four in all appeals that were available to you?

☑ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: To extent none of that inform. not in the original HC-2018-HC-7 because not enough there I did so if it not altered it will show no case BCSO Mitchell & Walton got caught of locum 7/13/09

**Request for Relief**

15. State exactly what you want the court to do: Overturn case #06162 #09-1966 #09-1469 #15-911 #15-1394. Up to the murder case in custody on time #1SCO2S1SJFL003. The time murder case I am on but not other case #'s off records. I want full purdy cycles all charges BCSO with False Imprisonment, kidnapping. Alarm 0101-0C1h to offer attempted murder. False charges perjury, Felony perjury etc.

Page 8 of 9

[signature]

D. Arm 2SS

Notary Public

· pree loss - DA 4/29/25 I w appra s che

b efore I go out to case I w that

206 - 114 got paid by Pores.

Chamber · Please to from shot

r phe at me Yesterday - I

So I got to go to care to

the adm a head phones

l apper He not here

no pile t to gone thus

but was gon be Agnes N

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: Ineffective asst. of counsel: Some of the evidence could have been used to have charges d/s or dropped down prior to trial, such as statement I file that ofcs refuse to move out rm. with Nelly & I say will end up

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: poss. killin' him in self defence. It blew to that pt after he used roofis & a rohypnol benzodiazepine, date rape drug on me & I woke up with bruises all over my body / bottom that GBI say appeared to be consistent with allegation I got raped on the previous Saturday & substantial bruising.

(b) Did you present Ground One in all appeals that were available to you?

☑ Yes ☐ No

GROUND TWO: BIB you should have seen Morgan as he ignore anything I say on 11/11/17 & 11/12/17 & 12/12/17 & talked & read off MH fabrication on false rep. from CSH & made it appear I play crazy.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

He asked if I ever play crazy to Dr Perry. Son Perry say no he did not. He also stated I need to be at CSH a long time I'm not competent to stand trial & his credentials were stated by DA them self prior to end of comp. trial in favour of court prosecution.

(b) Did you present Ground Two in all appeals that were available to you?

☑ Yes ☐ No

GROUND THREE: CTE of brain CSH & Acco had BC Hospital Columbia med. center falsify CTE claim by use of false med. record from Cartersville H. & a false MRI contrast scan at a center close to MCG in Aug. Georgia in 2011-2014.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I did not merely get knocked out. I had been stomped out & had seizure 45 min out almost an hour. I never called, woke up at the Jail. Nurse shook me with chalk pads & Sheriff Det. were already taken pic of body, assumed dead. No ambulance, was drove to Hospital.

(b) Did you present Ground Three in all appeals that were available to you?

☑ Yes ☐ No

[signature]

Notary Public

D. Allen, esq.

.prch loss. DA. 4/29/25 I w appx untrse.

T w pain not as bad Today, but c10.

arriving cath T w T c A to bring

calm #106 apper e save head

phones. T we T cst to Ect

to cese to em headphones

T w T not save c Pcl. I save

head phones. T w yel wes

STATE I w that T w ke r

Parrs Piers c Chybus Per parputh

[illegible]

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: I got MR in court on 12/12/17 11/12/17 11/13/17 in Jan 2016, CSA comm perjured testimony on comp, trial above dated 11/12/17 11/13/17, + Decruz MD + Dr Currence tell court false + perjured testimony.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I wp CSA also Falsify med record on bowels, back, + CTE + mass bowel block. I had blockage 11 yrs since 11/30/13 on up to now date: 4/26/25 ongoing. I was ph whipped at CMR. The Dept in Bcso + Fcso + State Police Prison Dept GBI + FBI had Falsify all records

(b) Did you present Ground One in all appeals that were available to you?

☒ Yes ☐ No

MR mental.

GROUND TWO: I wp trial viol. not only by Morgan + Wyatt, but Sparks, Smith, Howell, Nelson, Durham, Matthews, Smith, etc. M. Annis + Bynum Smith + David Smith etc also Murphy, Seal, + Johnson 11th District Fed, Civil court

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I wp multiple dates Fed court District post conv. Judge they viol also, see case 11 CV 184 Himmel FWEJ, + I got DIS + Fined me Bingham + Flemming + Wynn Fried, I am in prison on False charges + got back broken on 7/13/09 by Mitchell, Walton.

(b) Did you present Ground Two in all appeals that were available to you?

☒ Yes ☐ No

GROUND THREE: There is a Felony viol of oath to officer: cops Carmon Mitchell + Walton/Bcso pressed False charges on 7/13/09 after they broke my back: sent to prison For bustie now that I got life w/o + hurt in False case

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: # 06117 # 08-1966 # 09-1917 # 18-CV-0415 [illegible]

I wp I got intrusting documentation I will elaborate more but need to see the clerk 280 I sent to Lowndes co. Butts co. I need help; I've had mass bowel obstruct 11 yrs on 11/30/13 an up med records Falsified from 2013 11/21/03-4/26/25.

(b) Did you present Ground Three in all appeals that were available to you?

☒ Yes ☐ No

[signature]
D. Annis

Notary Public

· Prea [illegible] · 4/29/25 E [illegible] offc Chamber

(offc Pierce bay 206 [illegible] [illegible]

40 # · Inmate [illegible] · 40 #

[illegible] opened to [illegible] [illegible]

[illegible] [illegible] [illegible] [illegible] so

not [illegible] back [illegible] Today · E

[illegible] T [illegible] [illegible] [illegible] in 2

[illegible] [illegible] 25 [illegible] prea report

I'm being [illegible] [illegible]

I [illegible] loss [illegible] [illegible]

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

I'm input in mail by or on 5/15/25.

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 4/27/25

[signature]
*Signature of Petitioner*

[signature]
*Signature of Attorney or other authorized person, if any*

Page 9 of 9

Notary Public

prea loss DA 4/29/25 LT [illegible],

I was one 6 m up the election Power

not power yesterday I set up

all night talk about what I

slept with a sureno-13 mobs

with [illegible] ms-13 [illegible]

that the [illegible] up cartel-13

They do [illegible] enforcement for

EME 13. I [illegible] he [illegible]

[illegible] [illegible] [illegible]

4113 [illegible]

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 2244H
on 5/17/25. put in US mail cAFW 2254. ALA

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 4/26/25.

[signature]
*Signature of Petitioner*

Don Corleone.
*Signature of Attorney or other authorized person, if any*

Notary Public

Page 9 of 9

prea loss. OA 4/28/25 I was sent to
no bm Power room and to Part.
bottom flap cell trash roster
cop fuel 1 bm hold ins
Short No erection not false
Zaprexa last Nrs lnk. I got
on chow of Cvdemel gppd
to 200 BOP 2xs daily Zofre
I still got 20 the Zyprexa
Cont care off Zyprexa relieve prayers