IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DENVER FENTON ALLEN, | * |
| Petitioner, | * |
| v. | Case No. 5:25-cv-00216-TES-CHW |
| | * |
| WARDEN JOE WILLIAMS, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 6, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 7th day of August, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk